# MEMORANDUM DECISIONS.

---

THE ASBURY PARK. (Circuit Court of Appeals, Second Circuit. March 23, 1906.) No. 160. Appeal from the District Court of the United States for the Eastern District of New York. For opinion below, see 138 Fed. 617. R. S. Benedict, for appellant. Peter S. Carter, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs.

---

BALTIMORE & O. R. CO., v. HAROLD et al. (Circuit Court of Appeals, Sixth Circuit. February 17, 1906.) No. 1,482. In error to the Circuit Court of the United States for the Northern District of Ohio. Arrel, McVey, Rowland & Harrington and Allen, Water & Andress, for plaintiff in error. Young & Wanamaker, for defendant in error.

PER CURIAM. Judgment of the Circuit Court affirmed, with costs, on the authority of the former opinion of this court. 133 Fed. 384.